IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mikal Majeed; Ruby Majeed, | C/A No.: 3:13-2820-JFA-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Leon Lott, Elected Official; Richland County Sheriff Department; Roberts Towing & Transport LLC; | |
| Defendants. | |

This matter comes before the court pursuant to the January 9, 2014, order of The Honorable Joseph F. Anderson, Jr., United States District Judge, returning this file to the undersigned. [Entry #32]. Judge Anderson's order notes that Plaintiffs objected to the current scheduling order and suggested they need additional time for discovery. *Id*. at 2. The undersigned interprets Plaintiffs' objections [Entry #30] as including a request for an amended scheduling order. The undersigned grants Plaintiffs' request for an extension and will issue an amended scheduling order extending all deadlines by 60 days.

IT IS SO ORDERED.

January 10, 2014
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge