IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mikal Majeed; Ruby Majeed, | ) | C/A No.: 3:13-2820-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Leon Lott, Elected Official; Richland | ) | |
| County Sheriff's Department; and | ) | |
| Roberts Towing & Transport LLC; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs, proceeding pro se, brought this action alleging violations of their constitutional rights pursuant to 42 U.S.C. § 1983. On July 17, 2014, Leon Lott and the Richland County Sheriff's Department ("Richland County Defendants") filed a motion for summary judgment [Entry #45] and Roberts Towing & Transport LLC ("Roberts Towing") filed a motion to dismiss, or in the alternative, for summary judgment [Entry #46]. As Plaintiffs are proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on July 18, 2014, advising them of the importance of the motions and of the need for them to file adequate responses by August 21, 2014. [Entry #48]. Plaintiffs were specifically advised that if they failed to respond adequately, defendants' motions may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiffs have failed to respond to Roberts Towing's motion. As such, it appears to the court that they do not oppose the motion and wish to abandon this action

against Roberts Towing. Based on the foregoing, Plaintiffs are directed to advise the court whether they wish to continue with this case against Roberts Towing and to file a response to Roberts Towing's motion to dismiss/for summary judgment by October 1, 2014. Plaintiffs are further advised that if they fail to respond, the undersigned will recommend that their claims against Roberts Towing be dismissed for failure to prosecute.[1] *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

September 17, 2014  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

---

[1] Plaintiffs have responded to Richland County Defendants' motion for summary judgment.